■ BERNARD REICH, Respondent, v. LOUIS KIPNIS et al., Appellants, et al., Defendants.— Order unanimously modified, without costs, so as to provide for the examination of defendants with respect to the hiring of plaintiff and the agreement for his compensation, the professional services rendered by plaintiff, the conduct of the California action and the conduct of plaintiff and defendants with respect to that action, and the receipt of legal fees by defendants in connection with the related RKO litigation. The order is further modified with respect to the examination of plaintiff to provide for his examination in the State of New York at a date to be stipulated by the parties or otherwise fixed by this court upon the settlement of the order on this appeal. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■ TELINVEST, INC., Respondent, v. STEVE SEKELY, Appellant.— Order unanimously modified so as to open default upon condition that defendant pay costs to date and file undertaking in the sum of $2,000. On this record opening of the default upon the conditions indicated is warranted. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■ In the Matter of STONE & WEBSTER BUILDING, INCORPORATED, Appellant. TICKER PUBLISHING COMPANY, Respondent.— Order unanimously modified so as to eliminate items 11, 12 and 13 and, as so modified, affirmed. Item 12 should be stricken as improper and, as the order is being modified by reason thereof, it may be observed that items 11 and 13 are repetitive of item 8 and may be stricken. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■ In the Matter of the Accounting of ELIZABETH A. SCHILLER, as Administratrix of the Estate of SARA C. STILLWELL, Deceased, Appellant. RICHARD S. STILLWELL et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■ In the Matter of JOHN FOY et al., Respondents, against JOSEPH SCHECHTER et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Motion for leave to appeal to the Court of Appeals and for an extension of time granted. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See 286 App. Div. 1072.]

■ CLAUDE O. SWANSON, SR., Plaintiff, v. 97 FIFTH AVE. CORP., Defendant and Third-Party Plaintiff-Respondent. STEIN REFRIGERATOR CORP., Third-Party Defendant-Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Cohn, Breitel, Bastow and Cox, JJ. [See 286 App. Div. 994.]

■ In the Matter of C. DONALD KAUFMANN, Individually and as Chairman of the Tenants' Committee, on Behalf of All Other Tenants of 130 East 75th Street, New York, et al., Appellants, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and DAVID W. FRANKEL et al., Intervenors-Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Cohn, Breitel, Botein and Cox, JJ. [See 286 App. Div. 998.]

■ UNITED INDUSTRIAL SYNDICATE, INC., v. WALTER W. WEISMANN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 286 App. Div. 1078.]

■ NOEL HOLDING CORPORATION et al., v. CARVEL DARI-FREEZE STORES, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See 286 App. Div. 1066.]